Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **SOUTHERN GOURMET KITCHEN LLC** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 0 8 5 8 0 8 4 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6509 W Park Blvd** <br> Number   Street | Number   Street |
| **Plano, TX 75093-6207** <br> City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Collin** <br> County | Number   Street |
| | City   State   ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **SOUTHERN GOURMET KITCHEN LLC**                                Case number *(if known)* _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. §101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                MM / DD / YYYY

Case number, if known _____

Debtor   **SOUTHERN GOURMET KITCHEN LLC** _____    Case number *(if known)* _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>  What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>  Number       Street<br><br>  _____<br><br>  _____  _____  _____<br>  City                        State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency  _____<br>         Contact name     _____<br>         Phone            _____ |

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☒ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49     ☐ 50-99          ☐ 1,000-5,000   ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999        ☐ 10,001-25,000                   ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| Debtor | SOUTHERN GOURMET KITCHEN LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/ 11/ 2025___
MM/ DD/ YYYY

X _____
Signature of authorized representative of debtor

_____Sparkle A. Carter_____
Printed name

Title _____Managing Member_____

**18. Signature of attorney**

X _Robert K Frisch_
Signature of attorney for debtor

Date __06/11/2025__
MM/ DD/ YYYY

**Robert K. Frisch**
Printed name

**Law Office of Robert K. Frisch**
Firm name

**15150 Preston Road Suite 240**
Number      Street

**Dallas**
City

**TX**
State

**75248**
ZIP Code

**(972) 523-9508**
Contact phone

**rkfrischlaw@msn.com**
Email address

**07480500**
Bar number

**Texas**
State

**Fill in this information to identify the case:**

Debtor name  Southern Gourmet Kitchen

United States Bankruptcy Court for the: Eastern   District of Tx
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. **Cash on hand**  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. First United Bank | Checking | 6  8  3  8 | $ 2,500.00 |
| 3.2. _____ | _____ | __  __  __  __ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 2,500.00

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. _____ | $_____ |
| 7.2. _____ | $_____ |

Debtor ___Southern Gourmet Kitchen_____   Case number (if known)_____
       Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____   $_____

    8.2._____   $_____

**9. Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                **Current value of debtor's interest**

**11. Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........→   $_____
                       face amount       doubtful or uncollectible accounts

    11b. Over 90 days old: _____ – _____ = ........→   $_____
                       face amount       doubtful or uncollectible accounts

**12. Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                      **Valuation method used for current value**    **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____

    14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                   % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

**17. Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $_____

Debtor ___Southern Gourmet Kitchen___    Case number (if known)_____
              Name

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Food | 06/11/2025 MM / DD / YYYY | $_____ | _____ | $5,000.00 |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                    $5,000.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor    Southern Gourmet Kitchen
_____    Case number (if known) _____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Chairs, Tables, TVs, Office Chairs | $_____ | _____ | $2,500.00 |
| 40. **Office fixtures** | | | |
| Ovens, Coolers, Stoves | $_____ | _____ | $7,500.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | | $_____ |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$10,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____
        Southern Gourmet Kitchen
        Name

Case number *(if known)* _____

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor   Southern Gourmet Kitchen _____   Case number (if known) _____
           Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 6505 W. Park Blvd, Plano, TX 75093 | _____ | $_____ | 2 years remaining | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                 $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                 $_____

---

Debtor    Southern Gourmet Kitchen
          _____          Case number *(if known)* _____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   _____    _____ − _____ = → $ _____
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____    Tax year _____    $ _____
   _____    Tax year _____    $ _____
   _____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**
   _____    $ _____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)
   _____    $ _____
   Nature of claim    _____
   Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____    $ _____
   Nature of claim    _____
   Amount requested    $ _____

76. **Trusts, equitable or future interests in property**
   _____    $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
   _____    $ _____
   _____    $ _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.    $ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor  Southern Gourmet Kitchen
        Name                                              Case number (if known)

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➜ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 17,500.00 | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ $ 17,500.00

Fill in this information to identify the case:

Debtor name    **SOUTHERN GOURMET KITCHEN LLC**

United States Bankruptcy Court for the: _____  **Eastern** ____ District of ____ **Texas** _____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.   Do any creditors have claims secured by debtor's property?
     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
     ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2.   List in alphabetical order all creditors who have secured claims. If a creditor has more than one
     secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |

| **2.1** | Creditor's name | | |
|---|---|---|---|
| | **ITRIA Ventures LLC** | Describe debtor's property that is subject to a lien | $73,713.11 | unknown |

Creditor's mailing address

**1 Penn Plz Ste 3130**

**New York, NY 10119-0002**

Describe the lien

**Financial Services - UCC Lien**

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account __ __ __ __
number

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional      $73,713.11
     Page, if any.

Debtor   **SOUTHERN GOURMET KITCHEN LLC**
       Name

Case number (if known) _____

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Kasowitz Benson Torres LLP** <br> 1415 Louisiana St Ste 2100 <br> Houston, TX 77002-7344 | Line 2. **1** | ___ ___ ___ ___ |
| **DENTON COUNTY DISTRICT COURT** <br> C/O 431ST JUDICIAL COURT <br> 1450 E Mckinney St # 4 <br> Denton, TX 76209-4524 | Line 2. **1** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor _____ Southern Gourmet Kitchen _____

United States Bankruptcy Court for the: _____ District of __TX___
                                                                    (State)

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
IRS
PO Box 145595 MC 8420G
Cincinnati, OH 45250-5595

As of the petition filing date, the claim is: $ 455,062.80     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
08/01/19

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
Texas Comptoller
PO Box 13528, Capitol Station
Austin, 78711-3528

As of the petition filing date, the claim is: $ 73,539.73     $ _____
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
09/20/24

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____Southern Gourmet Kitchen_____     Case number _(if known)_ _____
         Name

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,500.00 |

**Atmos**
**521 N Maple Shade**
**Sherman, TX 75090**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    03/01/25
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 14,878.87 |

**Blue Fish**
**4310 Adler #203**
**Dallas, TX 75211**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    12/14/24
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,104.99 |

**Chef Produce**
**1654 Terre Colony Ct**
**Dallas, TX 75212**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    05/22/24
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 12,462.75 |

**Farmers Seafood**
**1192 Hawn Ave**
**Shreveport, LA 71107**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    09/30/24
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,086.00 |

**Gexa**
**601 Travis St**
**Houston, TX 77002**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    05/22/25
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ |

- ☐ Contingent
- ☑ liquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Debtor  Southern Gourmet Kitchen
_____  Case number (if known) _____
      Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address

Ocean Beauty
1815 Trinity Valley Dr
Carrollton, TX 75006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    01/02/25
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 545.00

---

**3.8** Nonpriority creditor's name and mailing address

PFG
5225 Investment
Dallas, TX 75236

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    08/05/24
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 20,100.00

---

**3.9** Nonpriority creditor's name and mailing address

PLS Check Cashing
2332 W. Davis St.
Dallas, TX 75208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    05/08/25
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 12,312.31

---

**3.10** Nonpriority creditor's name and mailing address

Prestonwood Park Properties LLC
6505 W. Park Blvd
Plano, TX 75093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    01/01/25
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 38,000.00

---

**3.11** Nonpriority creditor's name and mailing address

Sysco
800 Trinity Dr
Lewisville, TX 75056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    10/12/22
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,125.96

---

Debtor  Southern Gourmet Kitchen
        Name                                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12  Nonpriority creditor's name and mailing address**

TriMark
2801 S Valley Pkwy Ste, 200
Lewisville, TX 75067

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    01/24/25

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ 3,140.00

---

**3.13  Nonpriority creditor's name and mailing address**

TXU
8520 N Beach St
Fort Worth, TX 76244

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    05/23/23

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ 4,180.00

---

**3.14  Nonpriority creditor's name and mailing address**

US Foods
1992 Forest Lane
Garland, TX 75042

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    12/07/24

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ 21,239.57

---

**3.___  Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ _____

---

**3.___  Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ _____

---

Debtor _____Southern Gourmet Kitchen_____    Case number (if known)_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                    Total of claim amounts

5a. **Total claims from Part 1**                        5a.    $ ____528,602.53____

5b. **Total claims from Part 2**                        5b.  **+**  $ ____128,717.68____

5c. **Total of Parts 1 and 2**                          5c.    $ ____657,320.21____
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name ___Southern Gourmet Kitchen, LLC. _____

United States Bankruptcy Court for the: Eastern District of Texas

_____ (State)

Case number (If known): _____

❏ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ ___0_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ ____17,500.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ ____17,500.00

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $ ___73,713.11

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................... $ ___528,602.53

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .................... + $ _128,717.68

4. **Total liabilities**.................................................................................................
   Lines 2 + 3a + 3b                                                                                    $ ___731,033.32

---

**Fill in this information to identify the case:**

Debtor name __Southern Gourmet Kitchen__

United States Bankruptcy Court for the: __Eastern__      District of __TX__
                                                                    (State)

Case number (If known): _____      Chapter _____

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Rental Lease / 5-year Contract | Prestonwood Park Properties LLC / 6505 W. Park Blvd / Plano, TX 75093 |
| --- | --- | --- | --- |
| | State the term remaining | 2 years remaining | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Equipment / Ice Machine Rental | TriMark / 2801 S Valley Pkwy Ste, 200 / Lewisville, TX 75067 |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Utilities | Gexa / 601 Travis St / Houston, TX 77002 |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __Southern Gourmet Kitchen__

United States Bankruptcy Court for the: __Eastern__   District of __TX__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| 2.1 Sparkle Carter | 1117 Brendan Dr (Street) / Little Elm (City)  TX (State)  75068 (ZIP Code) | Itria | ☐ D / ☑ E/F / ☐ G |
| 2.2 Regina Carter | 1117 Brendan Dr (Street) / Little Elm (City)  TX (State)  75068 (ZIP Code) | Itria | ☐ D / ☑ E/F / ☐ G |
| 2.3 Sparkle Carter | 1117 Brendan Dr (Street) / Little Elm (City)  TX (State)  75068 (ZIP Code) | Prestonwood Park Properties LLC | ☐ D / ☑ E/F / ☑ G |
| 2.4 Regina Carter | 1117 Brendan Dr (Street) / Little Elm (City)  TX (State)  75068 (ZIP Code) | Prestonwood Park Properties LLC | ☐ D / ☑ E/F / ☑ G |
| 2.5 Sparkle Carter | 1117 Brendan Dr (Street) / Little Elm (City)  TX (State)  75068 (ZIP Code) | IRS | ☐ D / ☑ E/F / ☐ G |
| 2.6 Regina Carter | 1117 Brendan Dr (Street) / Little Elm (City)  TX (State)  75068 (ZIP Code) | IRS | ☐ D / ☑ E/F / ☐ G |

Fill in this information to identify the case:

Debtor name __**SOUTHERN GOURMET KITCHEN LLC**__

United States Bankruptcy Court for the:

____**Eastern District of Texas**____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/11/2025__
              MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Sparkle A. Carter**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name ___Southern Gourmet Kitchen___

United States Bankruptcy Court for the: _____    District of __TX__
                                                                                      (State)

Case number (If known):    _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**   From 01/01/2025  to  Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 594,717.22 |
| **For prior year:**   From 01/01/2024  to  12/31/2024<br>MM / DD / YYYY        MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 1,554,153.47 |
| **For the year before that:**   From 01/01/2023  to  12/31/2023<br>MM / DD / YYYY        MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 1,614,904.18 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**   From _____  to  Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:**   From _____  to  _____<br>MM / DD / YYYY        MM / DD / YYYY | _____ | $_____ |
| **For the year before that:**   From _____  to  _____<br>MM / DD / YYYY        MM / DD / YYYY | _____ | $_____ |

Debtor     Southern Gourmet Kitchen                                    Case number (*if known*)_____
           _____
           Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Texas Comptroller<br><u>Creditor's name</u><br>PO Box 13528, Capitol Station<br><u>Street</u><br><br>Austin          TX      78711<br><u>City          State      ZIP Code</u> | 02/24<br><br>03/25 | $ 56,180.80 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | <br><u>Creditor's name</u><br><br><u>Street</u><br><br><u>City          State      ZIP Code</u> | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | <br><u>Insider's name</u><br><br><u>Street</u><br><br><u>City          State      ZIP Code</u><br><br>**Relationship to debtor** | | $_____ | _____<br>_____<br>_____ |
| 4.2. | <br><u>Insider's name</u><br><br><u>Street</u><br><br><u>City          State      ZIP Code</u><br><br>**Relationship to debtor** | | $_____ | _____<br>_____<br>_____ |

TSoutherype text here

| Debtor | Southern Gourmet Kitchen | Case number (if known) |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

❑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | **Itria Ventures** | Put hold on DoorDash, Uber Eats and Toast Acct. | 05/2025 | $ 68,786.00 |
| | Creditor's name | | | |
| | **1 Penn Plaza, 49th Floor** | | | |
| | Street | | | |
| | **New York, NY 10119** | | | |
| | City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Itria Ventures vs. Southern Gourmet Kitchen Et/Al | Law Suit | Denton County District Clerk's 431st District Court | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | 1950 E. McKinney St | ☐ Concluded |
| | Case number | | Street | |
| | 24-8954-431 | | Denton   TX   76209 | |
| | | | City     State     ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | | | Name | ☐ Concluded |
| | Case number | | Street | |
| | | | City     State     ZIP Code | |

Debtor    Southern Gourmet Kitchen        Case number *(if known)*_____
            <u>Name</u>

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City         State      ZIP Code | | |
| | Date of order or assignment | City         State      ZIP Code |

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $_____ |
| Street | | | |
| City         State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City         State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

| | |
|---|---|
| Debtor | Southern Gourmet Kitchen | Case number *(if known)* _____ |
| | Name | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Robert Frisch | | 5/25/25 | $ 10,000 |
| | **Address** | | | |
| | 15150 Preston Rd | | | |
| | Street | | | |
| | Dallas          Tx          75248 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | rkfrischlaw@msn.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor    Southern Gourmet Kitchen
_____    Case number (if known)_____
    Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____    _____    _____    $_____

    _____

    **Address**

    _____
    Street

    _____

    _____
    City        State    ZIP Code

    **Relationship to debtor**

    _____


| Who received transfer? | | Date transfer | $_____ |
|---|---|---|---|

13.2. _____    _____    _____    $_____

    _____

    **Address**

    _____
    Street

    _____

    _____
    City        State    ZIP Code

    **Relationship to debtor**

    _____

---

**Part 7:    Previous Locations**

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____    From _____ To _____
    Street

    _____

    _____
    City            State    ZIP Code

14.2. _____    From _____ To _____
    Street

    _____

    _____
    City            State    ZIP Code

Debtor   Southern Gourmet Kitchen
_____     Case number (if known)_____
         Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:* |
| _____<br>City      State      ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:* |
| _____<br>City      State      ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                                                                Employer identification number of the plan

_____                EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Southern Gourmet Kitchen_____    Case number (if known)_____
_____Name_____

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| | _____ Street | | | | |
| | _____ | | | | |
| | _____ City     State     ZIP Code | | | | |
| 18.2. | _____ Name | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| | _____ Street | | | | |
| | _____ | | | | |
| | _____ City     State     ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | _____ | ☐ No ☐ Yes |
| _____ Street | _____ | _____ | |
| _____ City     State     ZIP Code | Address _____ | | |
| | _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | _____ | ☐ No ☐ Yes |
| _____ Street | _____ | _____ | |
| _____ City     State     ZIP Code | Address _____ | | |
| | _____ | | |

Debtor    Southern Gourmet Kitchen
_____    Case number (if known) _____
Name

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor    Southern Gourmet Kitchen _____    Case number (*if known*)_____
　　　　　　　　Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City　State　ZIP Code | City　State　ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |

25.1.
Business name and address: _____
Name
Street _____
City　State　ZIP Code

Describe the nature of the business: Restaurant

Employer Identification number
Do not include Social Security number or ITIN.
EIN: __ __ – __ __ __ __ __ __ __
Dates business existed
From _____　To _____

25.2.
Business name and address: _____
Name
Street _____
City　State　ZIP Code

Describe the nature of the business: _____

Employer Identification number
Do not include Social Security number or ITIN.
EIN: __ __ – __ __ __ __ __ __ __
Dates business existed
From _____　To _____

25.3.
Business name and address: _____
Name
Street _____
City　State　ZIP Code

Describe the nature of the business: _____

Employer Identification number
Do not include Social Security number or ITIN.
EIN: __ __ –__ __ __ __ __ __ __
Dates business existed
From _____　To _____

---

Debtor    Southern Gourmet Kitchen _____    Case number (*if known*)_____
          Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Tina Stawski, CPA | From 4/23/22   To current |
| Name |  |
| www.acct4u.com |  |
| Street |  |
| tine@acct4u.com |  |
| 940-391-2722 |  |
| City                State        ZIP Code |  |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____   To _____ |
| Name |  |
| Street |  |
| City                State        ZIP Code |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____   To _____ |
| Name |  |
| Street |  |
| City                State        ZIP Code |  |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____   To _____ |
| Name |  |
| Street |  |
| City                State        ZIP Code |  |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. |  |
| Name |  |
| Street |  |
| City                State        ZIP Code |  |

Debtor    Southern Gourmet Kitchen _____    Case number (if known)_____
　　　　　　Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____ Name | _____ |
| | _____ Street | _____ |
| | _____ | _____ |
| | City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

| 26d.1. | _____ Name |
|---|---|
| | _____ Street |
| | _____ |
| | City                State        ZIP Code |

Name and address

| 26d.2. | _____ Name |
|---|---|
| | _____ Street |
| | _____ |
| | City                State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

| 27.1. | _____ Name |
|---|---|
| | _____ Street |
| | _____ |
| | City                State        ZIP Code |

Debtor    Southern Gourmet Kitchen _____     Case number (if known) _____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2.  _____
       Name

       _____
       Street

       _____

       _____
       City                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Spante Carter | 1117 Brendan Dr, Little Elm 75068 | Managing member Mana we | 50 % |
| Regina Carter | 1117 Brendan Dr, Little Elm 75068 | | 50 % |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | | _____ | |
| _____ | | _____ | |
| _____<br>City          State      ZIP Code | | _____ | |
| **Relationship to debtor**<br>_____ | | _____ | |

Debtor    **Southern Gourmet Kitchen**
Name

Case number *(if known)*_____

---

**Name and address of recipient**

30.2

Name

Street

City                State         ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    - ☑ No
    - ☐ Yes. Identify below.

    **Name of the parent corporation**                    **Employer Identification number of the parent corporation**

    _____    EIN: __ __ – __ __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    - ☑ No
    - ☐ Yes. Identify below.

    **Name of the pension fund**                    **Employer Identification number of the pension fund**

    _____    EIN: __ __ – __ __ __ __ __ __ __ __

---

| Part 14: | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/11/2025
             MM  / DD  / YYYY

✗ _____    Printed name  Sparkle Carter
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ☐ No
- ☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern _____ District Of Texas _____

**In re**

Southern Gourmet Kitchen, LLC.        Case No. _____

**Debtor**                             Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ -0-

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/13/2025
*Date*

Robert K Frisch
*Signature of Attorney*

Law Office of Robert B Frisch
*Name of law firm*