Fill in this information to identify the case:

Debtor name **SOUTHERN GOURMET KITCHEN LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | INTERNAL REVENUE SERVICE Centralized Insolvency Operation Po Box 7346 Philadelphia, PA 19101-7346 | | Tax Debt | Disputed | | | $455,002.80 |
| 2 | ITRIA Ventures LLC 1 Penn Plz Ste 3130 New York, NY 10119-0002 | | Financial Services - UCC Lien | | | | $73,713.11 |
| 3 | Texas Comptroller Po Box 13528 Austin, TX 78711-3528 | | Sales Tax | Disputed | | | $46,211.87 |
| 4 | Prestonwood Park 6505 W Park Blvd Plano, TX 75093-6208 | | Commercial Lease | | | | $38,000.00 |
| 5 | US Foods 9399 W Higgins Rd Bldg 100 Des Plaines, IL 60018 | | Goods Sold | | | | $22,239.37 |
| 6 | Performance Food Group 12500 West Creek Pkwy Richmond, VA 23238-1110 | | Goods Sold | | | | $20,000.00 |
| 7 | PLS Check Cashing 300 N Elizabeth St Chicago, IL 60607-1143 | | Financial Services | | | | $12,986.00 |
| 8 | Farmers Seafood 12462.75 1192 Hawn Ave Shreveport, LA 71107-6610 | | Goods Sold | | | | $12,462.75 |

Debtor   **SOUTHERN GOURMET KITCHEN LLC**
Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Sysco Corporation 1390 Enclave Pkwy Houston, TX 77077-2025 | | Goods Sold | | | | $10,125.96 |
| 10 | Chefs' Produce Company 1654 Terre Colony Ct Dallas, TX 75212 | | Goods Sold | | | | $6,069.97 |
| 11 | TriMark USA, LLC 9 Hampshire St Mansfield, MA 02048-1113 | | Goods Sold | | | | $3,400.00 |
| 12 | Texas Comptroller Po Box 13528 Austin, TX 78711-3528 | | Mixed Beverage Tax | | | | $2,620.01 |
| 13 | Texas Comptroller Po Box 13528 Austin, TX 78711-3528 | | Gross Receipts Tax | Disputed | | | $1,458.51 |
| 14 | Ocean Beauty 600 Powell Ave Sw Renton, WA 98057-2247 | | Seafood Vendor | | | | $500.00 |
| 15 | Cozzini Bros Inc 8430 W Bryn Mawr Ave Ste 800 Chicago, IL 60631-3497 | | Goods Sold | | | | $343.79 |
| 16 | Blue Fish Seafood Corporation 2000 Ming Dr Fort Worth, TX 76134-1828 | | Goods Sold | | | | $20.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE: **SOUTHERN GOURMET KITCHEN LLC**

CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____**06/11/2025**____      Signature _____

Sparkle A. Carter, Managing Member

B2000 (Form 2000) (04/25)

## REQUIRED LISTS, SCHEDULES, STATEMENTS, AND FEES
### Voluntary Chapter 11 Case

☐ **Filing fee of $1,167.** If the fee is to be paid in installments, the debtor must be an individual and must file a signed application for court approval. Official Form 103A and Fed.R.Bankr.P. 1006(b).

☐ **Administrative fee of $571.** If the debtor is an individual and the court grants the debtor's request, this fee is payable in installments.

☐ **United States Trustee quarterly fee.** The debtor, or trustee if one is appointed, is required also to pay a fee to the United States trustee at the conclusion of each calendar quarter until the case is dismissed or converted to another chapter. The calculation of the amount to be paid is set out in 28 U.S.C. § 1930(a)(6). As authorized by 28 U.S.C. § 1930(a)(7), the quarterly fee is paid to the clerk of court in chapter 11 cases in Alabama and North Carolina.

☐ **Voluntary Petition for Individuals Filing for Bankruptcy** (Official Form 101) or **Voluntary Petition for Non-Individuals Filing for Bankruptcy** (Official Form 201); **Names and addresses of all creditors** of the debtor. Must be filed WITH the petition. Fed.R.Bankr.P. 1007(a)(1).

☐ **Notice to Individual Debtor with Primarily Consumer Debts** under 11 U.S.C. § 342(b) (Director's Form 2010), if applicable. Required if the debtor is an individual with primarily consumer debts. The notice must be GIVEN to the debtor before the petition is filed. Certification that the notice has been given must be FILED with the petition or within 15 days. 11 U.S.C. §§ 342(b), 521(a)(1)(B)(iii), 1112(e). Official Form 101 contains spaces for the certification.

☐ **Bankruptcy Petition Preparer's Notice, Declaration, and Signature** (Official Form 119). Required if a "bankruptcy petition preparer" prepares the petition. Must be submitted WITH the petition. 11 U.S.C. § 110(b)(2).

☐ **Statement About Your Social Security Numbers** (Official Form 121). Required if the debtor is an individual. Must be submitted **WITH** the petition. Fed.R.Bankr.P. 1007(f).

☐ **Credit Counseling Requirement** (Official Form 101); **Certificate of Credit Counseling and Debt Repayment Plan**, if applicable; **Section 109(h)(3) certification or § 109(h)(4) request** , if applicable. If applicable, the Certificate of Credit Counseling and Debt Repayment Plan must be filed with the petition or within 14 days. If applicable, the § 109(h)(3) certification or the § 109(h)(4) request must be filed WITH the petition. Fed.R.Bankr.P. 1007(b)(3), (c).

☐ **Statement disclosing compensation paid or to be paid to a "bankruptcy petition preparer"** (Director's Form 2800). Required if a "bankruptcy petition preparer" prepares the petition. Must be submitted WITH the petition. 11 U.S.C. §110(h)(2).

☐ **Statement of Your Current Monthly Income** (Official Form 122B). Required if the debtor is an individual unless the case is filed under subchapter V. Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders** (Official Form 104) or **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders** (Official Form 204). Must be filed WITH the petition. Fed.R.Bankr.P. 1007(d).

☐ **Names and addresses of equity security holders of the debtor.** Must be filed with the petition or within 14 days, unless the court orders otherwise. Fed.R.Bankr.P. 1007(a)(3).

☐ **Schedules of Assets and Liabilities** (Official Form 106 or 206). Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Schedule of Executory Contracts and Unexpired Leases** (Schedule G of Official Form 106 or 206). Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Schedules of Current Income and Expenditures.** If the debtor is an individual, Schedules I and J of Official Form 106 must be used for this purpose. Must be filed with the petition or within 14 days. 11 U.S.C. § 521(1) and Fed.R.Bankr.P. 1007(b), (c).

☐ **Statement of Financial Affairs** (Official Form 107 or 207). Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Copies of all payment advices or other evidence of payment** received by debtor from any employer within 60 days before the filing of the petition. Required if the debtor is an individual. Must be filed WITH the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Statement disclosing compensation paid or to be paid to the attorney** for the debtor (Director's Form 2030), if applicable. Required if the debtor is represented by an attorney. Must be filed within 14 days or any other date set by the court. 11 U.S.C. § 329 and Fed.R.Bankr.P. 2016(b).

☐ **Certification About a Financial Management Course**, Required if the debtor is an individual and § 1141(d)(3) applies, unless the course provider has notified the court that the debtor has completed the course. Must be filed no later than the date of the last payment under the plan or the filing of a motion for a discharge under § 1141(d)(5)(B). 11 U.S.C. § 1141(d)(3) and Fed.R.Bankr.P. 1007(b)(7), (c).

☐ **Statement concerning pending proceedings of the kind described in § 522(q)(1)**, if applicable. Required if the debtor is an individual and has claimed exemptions under state or local law as described in § 522(b)(3) in excess of $214,000*. Must be filed no later than the date of the last payment made under the plan or the date of the filing of a motion for a discharge under § 1141(d)(5)(B). 11 U.S.C. § 1141(d)(5)(C) and Fed.R.Bankr.P. 1007(b)(8), (c).

\* Amount subject to adjustment on 4/01/28, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**Blue Fish Seafood Corporation**
2000 Ming Dr
Fort Worth, TX 76134-1828

**Chefs' Produce Company**
1654 Terre Colony Ct
Dallas, TX 75212

**Cozzini Bros Inc**
8430 W Bryn Mawr Ave Ste 800
Chicago, IL 60631-3497

**DENTON COUNTY DISTRICT COURT**
C/O 431ST JUDICIAL COURT
1450 E Mckinney St # 4
Denton, TX 76209-4524

**Farmers Seafood**
12462.75
1192 Hawn Ave
Shreveport, LA 71107-6610

**INTERNAL REVENUE SERVICE**
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

**ITRIA Ventures LLC**
1 Penn Plz Ste 3130
New York, NY 10119-0002

**Kasowitz Benson Torres LLP**
1415 Louisiana St Ste 2100
Houston, TX 77002-7344

**Ocean Beauty**
600 Powell Ave Sw
Renton, WA 98057-2247

**Performance Food Group**
12500 West Creek Pkwy
Richmond, VA 23238-1110

**PLS Check Cashing**
300 N Elizabeth St
Chicago, IL 60607-1143

**Prestonwood Park**
6505 W Park Blvd
Plano, TX 75093-6208

**Sysco Corporation**
1390 Enclave Pkwy
Houston, TX 77077-2025

**Texas Comptroller**
Po Box 13528
Austin, TX 78711-3528

**TriMark USA, LLC**
9 Hampshire St
Mansfield, MA 02048-1113

**US Foods**
9399 W Higgins Rd Bldg 100
Des Plaines, IL 60018

## Reset your password for your efiling account

**No-Reply@eFileTexas.gov**
Tue 12/10/2019 12:17 PM
**To:** rkfrischlaw@msn.com <rkfrischlaw@msn.com>

 

A request to reset your password has been processed. **If you did not request a password reset, take no action. Your account will be left unaltered.**

*Attorney 🖊 72! Sebastian*

To complete your password reset, click here

If the link above is not accessible, copy and paste the URL below into your web browser:
https://efile.txcourts.gov/ResetPassword.aspx?rid=db7a12a4-83cc-43b0-a05b-e5406b62a391

For technical assistance, contact your service provider



Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.