## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **SOUTHERN GOURMET KITCHEN LLC,** | § | **Case No. 25-41761** |
| | § | |
| | § | **CHAPTER 11** |
| | § | **(Subchapter V)** |
| **Debtor.** | § | |

## MOTION OF SUBCHAPTER V TRUSTEE
## FOR POST-PETITION SECURITY DEPOSIT

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS LEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING <u>WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE</u> SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW Frances A. Smith, Subchapter V Trustee (the "<u>Trustee</u>") in the above numbered bankruptcy case, and files this her *Motion for Post-Petition Security Deposit* (the "<u>Motion</u>") pursuant to LBR 2016(e) and in support hereof, would show the Court the following:

1.   On June 19, 2025, (the "<u>Petition Date</u>"), Southern Gourmet Kitchen LLC (the "<u>Debtor</u>"), filed bankruptcy under Chapter 11 of the Bankruptcy Code and elected to be treated as a Subchapter V debtor.

2.   On June 25, 2025, Trustee was appointed.

3.       Pursuant to this Motion, Trustee requests that Debtor, on monthly basis, starting from Petition Date, pay to Trustee a post-petition security deposit of $1,000.00 per month until its case is confirmed, dismissed or converted.

4.       Trustee shall hold such funds in a federally insured account until such time as Trustee's fees and expenses have been approved by an order of this Court.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be approved by this Court under the terms specified above, and for such other and further relief to which she may show herself to be justly entitled.

Dated: June 25, 2025                              Respectfully submitted:

**ROSS & SMITH, PC**

By:   /s/ *Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone:  214-377-7879
Fax:  214-377-9409
Email: frances.smith@ross-and-smith.com

**SUBCHAPTER V TRUSTEE**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 25, 2025, I caused to be served the foregoing document via the Court's electronic filing system and/or U.S. mail upon the parties listed in the attached Master Service List as indicated.

/s/ *Frances A. Smith*
Frances A. Smith

**MOTION OF SUBCHAPTER V TRUSTEE**
**FOR POST-PETITION SECURITY DEPOSIT**                                        **Page 2**

**Master Service List**
**Southern Gourmet Kitchen LLC**
**Case No. 25-41761**

***Debtor:***
Southern Gourmet Kitchen LLC
6509 W Park Blvd Ste 420
Plano, TX 75093-6207
**Served via U.S. mail**

***Debtor's Counsel:***
Robert K. Frisch
12720 Hillcrest Road, Suite 280
Dallas, TX 75230
Phone: (972)386-3940
Fax: (972-764-0928
Email: rkfrischlaw@msn.com
**Served via ECF**

***Subchapter V Trustee:***
Frances A. Smith
Ross & Smith, P.C.
700 N. Pearl Street, Ste 1610
Dallas, TX 75201
Phone: 214-377-7879
Email: frances.smith@ross-and-smith.com
**Served via ECF**

***U.S. Trustee:***
Susan B. Hersch
1100 Commerce St., Ste 976
Dallas, TX 75242
Phone: 214-767-8967
Email: susan.hersh@usdoj.gov
**Served via ECF**

***20 Largest Unsecured Creditors:***
INTERNAL REVENUE SERVICE
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346
**Served via U.S. mail**

ITRIA Ventures LLC
1 Penn Plz Ste 3130 - UCC Lien
New York, NY 10119-0002
**Served via U.S. mail**

Texas Comptroller
Po Box 13528
Austin, TX 78711-3528
**Served via U.S. mail**

Prestonwood Park
6505 W Park Blvd
Plano, TX 75093-6208
**Served via U.S. mail**

US Foods
9399 W Higgins Rd Bldg 100
Des Plaines, IL 60018
**Served via U.S. mail**

Performance Food Group
12500 West Creek Pkwy
Richmond, VA 23238-1110
**Served via U.S. mail**

PLS Check Cashing
300 N Elizabeth St
Chicago, IL 60607-1143
**Served via U.S. mail**

Farmers Seafood
1192 Hawn Ave
Shreveport, LA 71107
**Served via U.S. mail**

Sysco Corporation
1390 Enclave Pkwy
Houston, TX 77077-2025
**Served via U.S. mail**

Chefs' Produce Company
1654 Terre Colony Ct
Dallas, TX 75212
**Served via U.S. mail**

TriMark USA, LLC
9 Hampshire St
Mansfield, MA 02048-1113
**Served via U.S. mail**

Texas Comptroller
Po Box 13528
Austin, TX 78711-3528
**Served via U.S. mail**

Texas Comptroller
Po Box 13528
Austin, TX 78711-3528
**Served via U.S. mail**

Ocean Beauty
600 Powell Ave Sw
Renton, WA 98057-2247
**Served via U.S. mail**

Cozzini Bros Inc
8430 W Bryn Mawr Ave Ste 800
Chicago, IL 60631-3497
**Served via U.S. mail**

Blue Fish Seafood Corporation
2000 Ming Dr
Fort Worth, TX 76134-1828
**Served via U.S. mail**

***Noticed Parties:***
Plano ISD
c/o Linda D. Reece
Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042
Phone: (972) 278-8282
Email: lreece@pbfcm.com
**Served via ECF**

Collin County Tax Assessor/Collector
c/o Abernathy, Roeder, Boyd &
Hullett, P.C.
Paul M. Lopez
Larry R. Boyd
Emily M. Hahn
1700 Redbud Blvd, Ste. 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Telecopier: (214) 544-4040
Email: plopez@abernathy-law.com
Email: bankruptcy@abernathy-law.com
Email: ehahn@abernathy-law.com
**Served via ECF**