# SGK CASH FLOW – OCTOBER 2025

| Category | Amount |
|---|---|
| Gross Sales | $83,551.91 |
| Net Sales | $77,872.67 |
| Ending Cash Flow Balance | $6,893.74 |
| Food Inventory | $11,655.01 |
| Liquor Inventory | $973.02 |
| Office Supplies | $132.50 |
| Subscriptions | $365.52 |
| Marketing | $585.23 |
| Insurance | $1,279.34 |
| Electric | $2,810.05 |
| Gas | $1,004.57 |
| Rent | $10,000.00 |
| Payroll | $30,007.94 |
| Payroll Tax Reserve | $4,687.42 |
| Comptroller | $2,531.63 |
| POS System Fees | $250.51 |
| One-Time Restaurant Repairs | $3,980.00 |
| AutoChlor | $432.67 |
| Easy Ice | $283.52 |
| Total Operating Expenses | $70,978.93 |

# SGK CASH FLOW – NOVEMBER 2025

| Category | Amount |
|---|---|
| Gross Sales | $58,969.17 |
| Net Sales (Projected) | $66,000.00 |
| Ending Cash Flow Balance | $8,549.60 |
| Food Inventory (Projected) | $9,500.00 |
| Liquor Inventory (Projected) | $908.87 |
| Marketing | $585.23 |
| Office Supplies (Projected) | $80.03 |

| | |
|---|---|
| Subscriptions (Projected) | $462.21 |
| Insurance | $1,279.34 |
| Electric | $1,456.88 |
| Gas | $559.43 |
| Rent | $10,000.00 |
| Payroll (Actual) | $23,135.50 |
| POS System Fees | $250.51 |
| Comptroller | $3,839.13 |
| Payroll Tax Reserve | $2,348.00 |
| Trustee Payment | $525.00 |
| One-Time Repairs (Actual) | $1,679.32 |
| AutoChlor | $557.43 |
| Easy Ice | $283.52 |
| Total Operating Expenses | $57,450.40 |

## SGK CASH FLOW – DECEMBER 2025

| Category | Amount |
|---|---|
| Gross Sales (Projected) | $68,000.00 |
| Net Sales (Projected) | $63,000.00 |
| Food Inventory (Projected) | $9,800.00 |
| Liquor Inventory (Projected) | $950.00 |
| Marketing (Projected) | $600.00 |
| Office Supplies (Projected) | $85.00 |
| Subscriptions | $462.21 |
| Insurance | $1,279.34 |
| Electric (Projected) | $1,600.00 |
| Gas (Projected) | $600.00 |
| Rent | $10,000.00 |
| Payroll (Projected) | $24,000.00 |
| Payroll Tax Reserve (Projected) | $2,400.00 |
| Comptroller (Projected) | $3,900.00 |
| POS System Fees | $250.51 |
| Trustee Payment | $525.00 |

| One-Time Repairs (Projected) | $1,000.00 |
|---|---|
| AutoChlor | $557.43 |
| Easy Ice | $283.52 |
| Total Operating Expenses (Projected) | $58,742.01 |