**Fill in this information to identify the case:**

Debtor Name  Southern Gourmet Kitchen LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number:  25-41761-11V

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  November

Date report filed: 9 1/12/2026
MM / DD / YYYY

Line of business:  Restaurant

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Southern Gourmet Kitchen

Original signature of responsible party  _____

Printed name of responsible party  Sparkle Carter

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Southern Gourmet Kitchen LLC                          Case number 25-41761-11V

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.      $  8,609.91

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.      $  75,322.33

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.      – $  75,265.08

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.      + $  57.25

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.      = $  8,667.16

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $  0.00

    *(Exhibit E)*

Debtor Name __Southern Gourmet Kitchen LLC__          Case number _25-41761-11V_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ ___68,786.00__

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                     23

27. What is the number of employees as of the date of this monthly report?                        14

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ___525.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ __3,525.00__

30. How much have you paid this month in other professional fees?                                  $ ____0.00__

31. How much have you paid in total other professional fees since filing the case?                 $ ____0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 75,000.00 | — | $ 75,322.33 | = | $ -322.33 |
| 33. **Cash disbursements** | $ 60,000.00 | — | $ 75,265.08 | = | $ -15,265.08 |
| 34. **Net cash flow** | $ 15,000.00 | — | $ 57.25 | = | $ 14,942.75 |

35. Total projected cash receipts for the next month:                                          $ __66,000.00__

36. Total projected cash disbursements for the next month:                                    − $ __55,000.00__

37. Total projected net cash flow for the next month:                                          = $ __11,000.00__

Debtor Name  Southern Gourmet Kitchen LLC                          Case number 25-41761-11V

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Initiate Business Checking℠
November 30, 2025 ■ Page 1 of 11



SOUTHERN GOURMET KITCHEN LLC-DIP ACCT
6509 W PARK BLVD STE 420
PLANO TX 75093-6207

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (220)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Tips to help avoid AI powered scams**

Artificial Intelligence (AI) now makes it easy for scammers to produce fake yet convincing videos or calls from people you know to get you to act fast without verifying it's real.

Be wary of unusual requests - even from a family member or close friend. Look for deep fake red flags like robotic voices or unnatural facial movements.

Always confirm identities, use codewords with loved ones, double check requests, and limit the personal information you share online.

Learn more at wellsfargo.com/securitybrochure.



**WELLS FARGO**

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $137.37 |
| Deposits/Credits | 76,890.29 |
| Withdrawals/Debits | - 76,833.04 |
| **Ending balance on 11/30** | **$194.62** |

Account number: **7712275358**  (primary account)

**SOUTHERN GOURMET KITCHEN LLC-DIP ACCT**

*Alabama account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 062000080

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 11/3 | | Overdraft Fee for a Transaction Posted on 10/31 $1,127.61 Check # 02076 | | 35.00 | |
| 11/3 | | Check Reversal | 1,127.61 | | |
| 11/3 | | Beehub Inc Payout 38Ebz068Vbsi879 TRN*1*38Ebz068Vbsi879C**38Ebz068Vbsi879C\Rmr*Ik*E | 9,429.07 | | |
| 11/3 | | Purchase authorized on 10/31 WM Supercenter #20 Plano TX S305304640859719 Card 4260 | | 248.13 | |
| 11/3 | | Purchase authorized on 10/31 H-E-B #790 Plano TX S465304656973927 Card 4260 | | 40.74 | |
| 11/3 | | Zelle to Brown Kathryn on 11/03 Ref # Wfct0Zg53C76 Payroll | | 853.86 | |
| 11/3 | | Zelle to A NEW Day Financial on 11/03 Ref # Wfct0Zg53Mjm | | 300.00 | |
| 11/3 | 2094 | Check | | 1,401.22 | |
| 11/3 | 2095 | Check | | 462.50 | 7,352.60 |
| 11/4 | | Purchase authorized on 11/03 H-E-B #802 Frisco TX S385307760050172 Card 4260 | | 172.18 | |
| 11/4 | | Zelle to A NEW Day Financial on 11/04 Ref # Wfct0Zg8Cxrd | | 100.00 | |
| 11/4 | | Cash eWithdrawal IN Branch 11/04/2025 11:09 Am 5936 W Park Blvd Plano TX 4260 | | 335.00 | |
| 11/4 | | Withdrawal Made In A Branch/Store | | 1,253.70 | |
| 11/4 | | Purchase authorized on 11/04 Wild Fork Foods 6139 N Jo Lewisville TX P385308723096052 Card 4260 | | 281.18 | |
| 11/4 | | Zelle to Lewis Cheri on 11/04 Ref # Wfct0Zg8Ppfl Payroll | | 961.54 | |
| 11/4 | < | Business to Business ACH Debit - Webfile Tax Pymt DD 902/80863919 33311/12345/EDI/Xml - | | 107.61 | |
| 11/4 | < | Business to Business ACH Debit - Webfile Tax Pymt DD 902/80863909 33311/12345/EDI/Xml - | | 359.77 | 3,781.62 |
| 11/5 | | Beehub Inc Payout 38Eexz68W4Dco9L TRN*1*38Eexz68W4Dco9L0**38Eexz68W4Dco9L0\Rmr*Ik*E | 1,185.64 | | |
| 11/5 | | Recurring Payment authorized on 11/04 WWW.Spothopperapp. WWW.Spothoppe WI S305308591109000 Card 4260 | | 585.23 | |
| 11/5 | | Purchase authorized on 11/04 Best Egg Personal 855-282-6353 DE S385308710623737 Card 3477 | | 719.11 | |
| 11/5 | | Purchase with Cash Back $ 100.00 authorized on 11/05 Wal-Mart #2086 Plano TX P000000081336649 Card 4260 | | 196.64 | |
| 11/5 | | Purchase authorized on 11/05 Office Max/Offi 6401 W Pl Plano TX P585309712370404 Card 4260 | | 54.07 | 3,412.21 |
| 11/6 | | Square Inc Sq251106 251106 T3NC597Q2Px4Wyg Sparkle Carter | 3,087.00 | | |
| 11/6 | | Beehub Inc Payout 38Eeza68Wins0Vo TRN*1*38Eeza68Wins0Voq**38Eeza68Wins0Voq\Rmr*Ik*E | 1,401.90 | | |
| 11/6 | | Purchase authorized on 11/05 Fingercheck.Com 800-6109501 NY S345309528403908 Card 3477 | | 429.00 | |
| 11/6 | | Purchase authorized on 11/05 Wal-Mart #0263 Frisco TX S305309780988603 Card 4260 | | 115.11 | |
| 11/6 | | Purchase authorized on 11/06 H-E-B #802 Frisco TX P465310599851473 Card 4260 | | 36.07 | |



**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/6 | | Purchase authorized on 11/06 Restaurant Depot Lewisville TX P000000781111183 Card 4260 | | 956.61 | |
| 11/6 | | Purchase authorized on 11/06 WM Supercenter #5092 Lewisville TX P000000555292147 Card 4260 | | 84.51 | 6,279.81 |
| 11/7 | | Beehub Inc Payout 38Ebwn68Wwy49H7 TRN*1*38Ebwn68Wwy49H72**38Ebwn68Wwy49H72\Rmr*Ik*E | 1,565.81 | | |
| 11/7 | | eDeposit IN Branch 11/07/25 03:39:43 PM 1050 Market Pl Blvd Irving TX 9044 | 280.00 | | |
| 11/7 | | Instant Pmt From Square on 11/07 Ref#20251107021000021P1Brjpc03860025758 | 2,804.07 | | |
| 11/7 | | Purchase authorized on 11/05 Qt 897 Plano TX S355309696353704 Card 4260 | | 15.02 | |
| 11/7 | | Purchase authorized on 11/06 Amazon Mktpl*BT0OH Amzn.Com/Bill WA S465310531332578 Card 4260 | | 64.58 | |
| 11/7 | | Purchase authorized on 11/06 Chefstore 8107 Farmers Branc TX S345310628907787 Card 3477 | | 814.78 | |
| 11/7 | | Purchase authorized on 11/06 Freshbooks 866-303-6061 DE S305311168982595 Card 9044 | | 11.97 | |
| 11/7 | | Purchase authorized on 11/06 Sq *One Community Gosq.Com TX S305311190920821 Card 4260 | | 100.00 | |
| 11/7 | | Zelle to A NEW Day Financial on 11/07 Ref # Wfct0Zgk3Zvk | | 200.00 | |
| 11/7 | | Purchase authorized on 11/07 Uber Technologies, Inc Wilmington DE P000000380943418 Card 4260 | | 22.00 | |
| 11/7 | | Purchase with Cash Back $ 60.00 authorized on 11/07 WM Supercenter #2086 Plano TX P000000183762322 Card 4260 | | 75.09 | |
| 11/7 | | Purchase authorized on 11/07 Wal-Mart #2996 Dallas TX P000000559161332 Card 9044 | | 73.36 | |
| 11/7 | 127 | Check | | 5,000.00 | 4,552.89 |
| 11/10 | | Instant Pmt From Square on 11/08 Ref#20251108021000021P1Brjpc00470008099 | 1,795.33 | | |
| 11/10 | | Beehub Inc Payout 38E9Jk68Xb8Ioub TRN*1*38E9Jk68Xb8Ioub6**38E9Jk68Xb8Ioub6\Rmr*Ik*E | 18.19 | | |
| 11/10 | | Beehub Inc Payout 38Eadt68Y3Tc185 TRN*1*38Eadt68Y3Tc185K**38Eadt68Y3Tc185K\Rmr*Ik*E | 9,430.45 | | |
| 11/10 | | Purchase authorized on 11/06 Qt 897 Plano TX S385310799241956 Card 3477 | | 63.69 | |
| 11/10 | | Purchase authorized on 11/07 Uber *Eats Help.Uber.Com CA S465311498675315 Card 4260 | | 453.69 | |
| 11/10 | | Purchase authorized on 11/07 Walmart.Com 8009256278 Bentonville AR P000000753608750 Card 4260 | | 110.96 | |
| 11/10 | | Purchase authorized on 11/07 Ctlp*Blue Rhino P 8443808846 MO S465311556512465 Card 4260 | | 19.92 | |
| 11/10 | | Purchase authorized on 11/07 Ctlp*Blue Rhino P 8443808846 MO S345311557602542 Card 4260 | | 19.92 | |
| 11/10 | | Purchase authorized on 11/07 Qt 920 Little Elm TX S385311563431137 Card 3477 | | 41.24 | |
| 11/10 | | Purchase authorized on 11/07 Easy Ice 999-9999999 MI S345311577696832 Card 9044 | | 260.00 | |
| 11/10 | | Purchase authorized on 11/07 Qt 897 Plano TX S465311697438444 Card 3477 | | 8.70 | |
| 11/10 | | Purchase authorized on 11/07 The Home Depot #05 Plano TX S345311744058334 Card 3477 | | 300.00 | |
| 11/10 | | Purchase authorized on 11/07 Restaurant Depot Richardson TX S355311828297105 Card 3477 | | 229.44 | |
| 11/10 | | Purchase authorized on 11/07 Sq *One Community Gosq.Com TX S345312138145986 Card 4260 | | 200.00 | |
| 11/10 | | Recurring Payment authorized on 11/08 Hp *All- IN Plan 888-447-0148 CA S345312492947405 Card 4260 | | 12.98 | |
| 11/10 | | Recurring Payment authorized on 11/08 Hp *All- IN Plan 888-447-0148 CA S465312493007622 Card 4260 | | 12.98 | |
| 11/10 | | Purchase authorized on 11/08 Wild Fork Foods Le Lewisville TX S355312544902836 Card 4260 | | 282.80 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/10 | | Purchase authorized on 11/08 Walmart.Com 8009256278 Bentonville AR P000000181023864 Card 4260 | | 89.50 | |
| 11/10 | | Zelle to A NEW Day Financial on 11/08 Ref # Wfct0Zgnx585 | | 125.00 | |
| 11/10 | | Purchase authorized on 11/08 Restaurant Depot Lewisville TX S465312597964541 Card 3477 | | 845.65 | |
| 11/10 | | Purchase authorized on 11/08 Qt 897 Plano TX S345312661683012 Card 3477 | | 7.82 | |
| 11/10 | | Purchase authorized on 11/08 Total Wine and Mor Plano TX S465313040171353 Card 4260 | | 186.44 | |
| 11/10 | | Purchase authorized on 11/08 Uber Technologies, Inc Wilmington DE P000000285217130 Card 4260 | | 89.81 | |
| 11/10 | | Zelle to Plumber Johnathon on 11/08 Ref # Wfct0Zgrb2W6 Plumber | | 125.00 | |
| 11/10 | | Purchase authorized on 11/09 Tmobile*Postpaid P 800-937-8997 WA S355313533472400 Card 4260 | | 288.82 | |
| 11/10 | | Purchase authorized on 11/09 Uber *Eats Help.Uber.Com CA S465313596847671 Card 4260 | | 166.79 | |
| 11/10 | | Purchase authorized on 11/09 Wal-Mart #3777 Frisco TX S585313611610304 Card 3477 | | 114.05 | |
| 11/10 | | Zelle to Lewis Cheri on 11/09 Ref # Wfct0Zgs4M8D Payroll | | 500.00 | |
| 11/10 | | Purchase authorized on 11/09 Wild Fork Foods - Frisco TX S355313631083216 Card 3477 | | 72.00 | |
| 11/10 | | Zelle to Richards Monette on 11/09 Ref # Wfct0Zgs6Zmj Catfish Inventory | | 350.00 | |
| 11/10 | | Purchase authorized on 11/09 H-E-B #790 Plano TX S465313657075307 Card 3477 | | 122.78 | |
| 11/10 | | Zelle to Plumber Johnathon on 11/09 Ref # Wfct0Zgtm757 Plumber | | 150.00 | |
| 11/10 | | Zelle to A NEW Day Financial on 11/10 Ref # Wfct0Zgvf69K | | 200.00 | |
| 11/10 | | Zelle to Aneez on 11/10 Ref # Wfct0Zgw49MN Property Payment | | 2,992.93 | |
| 11/10 | | Zelle to A NEW Day Financial on 11/10 Ref # Wfct0Zgw53Rs | | 200.00 | |
| 11/10 | | Zelle to Lewis Cheri on 11/10 Ref # Wfct0Zgwfdrp Payroll | | 461.54 | 6,692.41 |
| 11/12 | | Purchase Return authorized on 11/09 The Home Depot #05 Plano TX S585313747552003 Card 3477 | 60.98 | | |
| 11/12 | | ATM Cash Deposit on 11/11 12700 South Fwy Burleson TX 0007622 ATM ID 3006U Card 9044 | 548.00 | | |
| 11/12 | | ATM Cash Deposit on 11/11 12700 South Fwy Burleson TX 0007623 ATM ID 3006U Card 9044 | 288.00 | | |
| 11/12 | | ATM Cash Deposit on 11/11 12700 South Fwy Burleson TX 0007624 ATM ID 3006U Card 9044 | 769.00 | | |
| 11/12 | | ATM Cash Deposit on 11/11 12700 South Fwy Burleson TX 0007625 ATM ID 3006U Card 9044 | 70.00 | | |
| 11/12 | | Square Inc Sq251112 251112 T3Vj29975Prxncp Sparkle Carter | 308.50 | | |
| 11/12 | | Instant Pmt From Square on 11/12 Ref#20251112021000021P1Brjpc01730003183 | 411.09 | | |
| 11/12 | | eDeposit IN Branch 11/12/25 09:53:23 Am 880 S Preston Rd Prosper TX 4260 | 3,500.00 | | |
| 11/12 | | Beehub Inc Payout 38Ebzb68Ywe5A1G TRN*1*38Ebzb68Ywe5A1G6**38Ebzb68Ywe5A1G6\Rmr*Ik*E | 1,380.16 | | |
| 11/12 | | Purchase authorized on 11/09 Exxon 7-Eleven 252 Arlington TX S355314143772545 Card 3477 | | 59.14 | |
| 11/12 | | Purchase authorized on 11/10 Vip Title Loans 682-3254202 TX S345314549851048 Card 4260 | | 979.66 | |
| 11/12 | | Purchase authorized on 11/10 WM Supercenter #37 Frisco TX S385314716980193 Card 4260 | | 235.26 | |
| 11/12 | | Purchase authorized on 11/10 Auto-Chlor Service 888-833-6181 LA S465314773009660 Card 3477 | | 429.70 | |
| 11/12 | | Purchase authorized on 11/10 Amazon Mktpl*B85Zi Amzn.Com/Bill WA S305315119013887 Card 4260 | | 163.44 | |
| 11/12 | | Purchase authorized on 11/11 Walmart.Com 8009256278 Bentonville AR P000000089222055 Card 4260 | | 469.37 | |
| 11/12 | | Zelle to A NEW Day Financial on 11/11 Ref # Wfct0Zgy7KY5 | | 150.00 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 11/12 | | Purchase authorized on 11/11 Wal-Mart #3777 Frisco TX S465315623755631 Card 4260 | | 91.12 | |
| 11/12 | | Purchase authorized on 11/11 Spotify USA 877-7781161 NY S385315647547097 Card 4260 | | 21.24 | |
| 11/12 | | Purchase authorized on 11/11 Chefstore 8107 Farmers Branc TX S305315686649756 Card 3477 | | 1,615.76 | |
| 11/12 | | Purchase authorized on 11/11 Wal-Mart #2086 Plano TX S355315703496903 Card 3477 | | 111.07 | |
| 11/12 | | Purchase authorized on 11/11 WM Supercenter #20 Plano TX S385315775368299 Card 3477 | | 180.60 | |
| 11/12 | 2124 | Deposited OR Cashed Check | | 1,091.80 | |
| 11/12 | | Purchase authorized on 11/12 WM Supercenter #6300 Prosper TX P000000789567981 Card 4260 | | 143.89 | |
| 11/12 | 2129 | Cashed Check | | 1,474.41 | |
| 11/12 | | Cash eWithdrawal IN Branch 11/12/2025 11:25 Am 5936 W Park Blvd Plano TX 3477 | | 1,288.78 | |
| 11/12 | | Zelle to Work Kathryn on 11/12 Ref # Wfct0Zh3B8WF Payroll | | 803.62 | |
| 11/12 | 2122 | Check | | 771.33 | |
| 11/12 | 2126 | Check | | 418.92 | |
| 11/12 | 2125 | Check | | 551.89 | 2,977.14 |
| 11/13 | | Beehub Inc Payout 38E9ND68Zaoj572 TRN*1*38E9ND68Zaoj572B**38E9ND68Zaoj572B\Rmr*Ik*E | 1,226.46 | | |
| 11/13 | | Purchase authorized on 11/10 Amazon Mktpl*B89Zt Amzn.Com/Bill WA S305315132606382 Card 4260 | | 30.78 | |
| 11/13 | | Purchase authorized on 11/11 Walmart.Com 8009256278 Bentonville AR P000000382283524 Card 4260 | | 93.60 | |
| 11/13 | | Purchase authorized on 11/11 Walmart.Com 8009256278 Bentonville AR P000000454341409 Card 4260 | | 82.94 | |
| 11/13 | | Purchase authorized on 11/12 Wal-Mart #6300 Prosper TX S355316598043019 Card 4260 | | 26.93 | |
| 11/13 | | Purchase authorized on 11/12 Chefstore 8107 Farmers Branc TX S345316672676497 Card 3477 | | 159.74 | |
| 11/13 | | Zelle to A NEW Day Financial on 11/13 Ref # Wfct0Zh5FC6x | | 200.00 | |
| 11/13 | | Zelle to A NEW Day Financial on 11/13 Ref # Wfct0Zh5Fvhv | | 300.00 | |
| 11/13 | | Cash eWithdrawal IN Branch 11/13/2025 09:14 Am 5936 W Park Blvd Plano TX 3477 | | 100.00 | |
| 11/13 | | Purchase authorized on 11/13 The Home Depot #0551 Plano TX P465317679055945 Card 4260 | | 28.96 | |
| 11/13 | | Purchase authorized on 11/13 Total Wine and Plano TX P000000055409412 Card 4260 | | 137.43 | 3,043.22 |
| 11/14 | | Beehub Inc Payout 38Eby568Zoyxwty TRN*1*38Eby568Zoyxwtyl**38Eby568Zoyxwtyl\Rmr*Ik*E | 1,635.31 | | |
| 11/14 | | ATM Cash Deposit on 11/14 1050 Market Pl Blvd Irving TX 0001649 ATM ID 9951Q Card 9044 | 200.00 | | |
| 11/14 | | ATM Cash Deposit on 11/14 1050 Market Pl Blvd Irving TX 0001650 ATM ID 9951Q Card 9044 | 96.00 | | |
| 11/14 | | ATM Cash Deposit on 11/14 1050 Market Pl Blvd Irving TX 0001651 ATM ID 9951Q Card 9044 | 57.00 | | |
| 11/14 | | Zelle From Cheri Warner on 11/14 Ref # Pncaa0Vrw52K Reimbursement | 22.00 | | |
| 11/14 | | Purchase authorized on 11/11 Walmart.Com 800-925-6278 AR S585315858090977 Card 4260 | | 45.60 | |
| 11/14 | | Purchase authorized on 11/12 Walmart.Com 800-925-6278 AR S465316627194975 Card 4260 | | 33.14 | |
| 11/14 | | Purchase authorized on 11/12 Amazon Mktpl*B80Yn Amzn.Com/Bill WA S385316651034019 Card 4260 | | 119.05 | |
| 11/14 | | Purchase authorized on 11/12 Amazon Mktpl*B89DN Amzn.Com/Bill WA S355316771436083 Card 4260 | | 56.45 | |
| 11/14 | | Purchase authorized on 11/13 H-E-B #802 Frisco TX S465317478271000 Card 4260 | | 11.88 | |
| 11/14 | | Purchase authorized on 11/13 Chefstore 8107 Farmers Branc TX S465317603829608 Card 3477 | | 171.51 | |
| 11/14 | | Purchase authorized on 11/13 WM Supercenter #20 Plano TX S465317616536703 Card 3477 | | 46.32 | |



**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/14 | | Recurring Payment authorized on 11/13 Hp *All- IN Plan 888-447-0148 CA S355317654141613 Card 3477 | | 24.88 | |
| 11/14 | | Purchase authorized on 11/13 Wal-Mart #2086 Plano TX S345317670156035 Card 4260 | | 47.04 | |
| 11/14 | | Zelle to A NEW Day Financial on 11/14 Ref # Wfct0Zh92Fb4 | | 125.00 | |
| 11/14 | | Purchase authorized on 11/14 Uber Technologies, Inc Wilmington DE P000000346656323 Card 4260 | | 21.62 | |
| 11/14 | | Zelle to A NEW Day Financial on 11/14 Ref # Wfct0Zhb3655 | | 100.00 | |
| 11/14 | | Purchase authorized on 11/14 7-Eleven 25299 Arlington TX P000000357582513 Card 4260 | | 31.06 | |
| 11/14 | | Purchase authorized on 11/14 Autozone 03638 27315 E U Aubrey TX P355318816613493 Card 3477 | | 25.48 | |
| 11/14 | 2130 | Check | | 2,500.00 | 1,694.50 |
| 11/17 | | Instant Pmt From Square on 11/15 Ref#20251115021000021P1Brjpc01320000006 | 1,151.33 | | |
| 11/17 | | Instant Pmt From Square on 11/15 Ref#20251115021000021P1Brjpc09000008002 | 608.11 | | |
| 11/17 | | Purchase Return authorized on 11/15 The Home Depot #61 Prosper TX S385320081134839 Card 4260 | 196.08 | | |
| 11/17 | | Instant Pmt From Square on 11/17 Ref#20251117021000021P1Brjpc06020006739 | 215.23 | | |
| 11/17 | | Beehub Inc Payout 38E9M6690Vu5Ghs TRN*1*38E9M6690Vu5Ghsm**38E9M6690Vu5Ghsm\Rmr*lk* E | 9,298.02 | | |
| 11/17 | | ATM Cash Deposit on 11/17 12700 South Fwy Burleson TX 0008425 ATM ID 3006U Card 9044 | 290.00 | | |
| 11/17 | | ATM Cash Deposit on 11/17 12700 South Fwy Burleson TX 0008426 ATM ID 3006U Card 9044 | 446.00 | | |
| 11/17 | | Purchase authorized on 11/13 Restaurant Depot Richardson TX S465317651947480 Card 4260 | | 728.18 | |
| 11/17 | | Purchase authorized on 11/13 Amazon Mktpl*B84D3 Amzn.Com/Bill WA S355318112563228 Card 4260 | | 49.40 | |
| 11/17 | | Purchase authorized on 11/14 Uber *Eats Help.Uber.Com CA S355318562571144 Card 4260 | | 341.59 | |
| 11/17 | | Purchase authorized on 11/14 Chefstore 8107 Farmers Branc TX S305318674687821 Card 3477 | | 214.15 | |
| 11/17 | | Purchase authorized on 11/14 Qt 920 Little Elm TX S385318790820962 Card 3477 | | 62.50 | |
| 11/17 | | Purchase authorized on 11/14 Wal-Mart #263 Frisco TX S345319070792411 Card 4260 | | 293.69 | |
| 11/17 | | Purchase authorized on 11/15 The Home Depot #61 Prosper TX S465319509168543 Card 4260 | | 300.00 | |
| 11/17 | | Purchase authorized on 11/15 Ctlp*Blue Rhino P 8443808846 MO S345319520837829 Card 3477 | | 19.92 | |
| 11/17 | | Purchase authorized on 11/15 WM Supercenter #37 Frisco TX S465319524981840 Card 4260 | | 43.78 | |
| 11/17 | | Purchase authorized on 11/15 Uber *Eats Help.Uber.Com CA S385319534622653 Card 4260 | | 392.17 | |
| 11/17 | | Purchase authorized on 11/15 Uber Technologies, Inc Wilmington DE P000000049864747 Card 4260 | | 24.18 | |
| 11/17 | | Cash eWithdrawal IN Branch 11/15/2025 09:06 Am 5936 W Park Blvd Plano TX 4260 | | 150.00 | |
| 11/17 | | Zelle to A NEW Day Financial on 11/15 Ref # Wfct0Zhfjvbv | | 100.00 | |
| 11/17 | | Purchase authorized on 11/15 The Home Depot #0551 Plano TX P465319791666069 Card 3477 | | 161.29 | |
| 11/17 | | Purchase authorized on 11/15 Kroger Fuel 1589 4650 Wes Prosper TX P345320076751216 Card 3477 | | 1.64 | |
| 11/17 | | Zelle to Chef G Creations on 11/15 Ref # Wfct0Zhgz895 | | 500.00 | |
| 11/17 | | Purchase authorized on 11/16 Uber *Eats Help.Uber.Com CA S585320569006965 Card 4260 | | 396.45 | |
| 11/17 | | Purchase authorized on 11/16 Uber Technologies, Inc Wilmington DE P000000086145258 Card 4260 | | 24.50 | |
| 11/17 | | Purchase authorized on 11/16 Wal-Mart #3777 Frisco TX S385320786309406 Card 4260 | | 46.19 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/17 | | Zelle to Lewis Cheri on 11/17 Ref # Wfct0Zhmbvm2 Payroll | | 961.54 | |
| 11/17 | | Zelle to Carter Sparkle on 11/17 Ref # Wfct0Zhn38Dm | | 40.00 | |
| 11/17 | | Zelle to Carter Sparkle on 11/17 Ref # Wfct0Zhn3Cxx | | 20.00 | |
| 11/17 | | Purchase Return authorized on 11/15 The Home Depot #0551 Plano TX P305319850645257 Card 3477 | 161.29 | | |
| 11/17 | 2135 | Check | | 267.60 | |
| 11/17 | | Peppr Peppr M81309305883 Southern Gourmet Kitch | | 70.36 | |
| 11/17 | | Peppr Peppr M81309534747 Southern Gourmet Kitch | | 180.15 | |
| 11/17 | 2079 | Check | | 580.78 | |
| 11/17 | 2068 | Check | | 805.63 | |
| 11/17 | 2069 | Check | | 1,157.61 | |
| 11/18 | | Instant Pmt From Square on 11/18 Ref#20251118021000021P1Brjpc07500023977 | 421.07 | | 6,127.26 |
| 11/18 | | Wire Trans Svc Charge - Sequence: 251118068572 Srf# Ow00006318477408 Trn#251118068572 Rfb# Ow00006318477408 | | 25.00 | |
| 11/18 | | Purchase authorized on 11/17 Wal-Mart #3777 Frisco TX S585321645411456 Card 4260 | | 46.32 | |
| 11/18 | | Purchase authorized on 11/17 Wal-Mart #3777 Frisco TX S385321793864247 Card 3477 | | 88.72 | |
| 11/18 | | Zelle to Chef G Creations on 11/18 Ref # Wfct0Zhnk9Wx | | 1,200.00 | |
| 11/18 | | Zelle to Carter Sparkle on 11/18 Ref # Wfct0Zhnm5Q4 | | 700.00 | |
| 11/18 | | WT 251118-068572 Jpmorgan Chase Bank /Bnf=Ross and Smith PC IOLTA Account Srf# Ow00006318477408 Trn#251118068572 Rfb# Ow00006318477408 | | 500.00 | |
| 11/18 | | Purchase authorized on 11/18 WM Supercenter #3777 Frisco TX P000000853436717 Card 3477 | | 8.95 | |
| 11/18 | < | Business to Business ACH Debit - Webfile Tax Pymt DD 902/80966365 33311/12345/EDI/Xml - | | 3,371.75 | |
| 11/18 | 2137 | Check | | 185.16 | 422.43 |
| 11/19 | | Instant Pmt From Square on 11/19 Ref#20251119021000021P1Brjpc04230004056 | 157.05 | | |
| 11/19 | | Beehub Inc Payout 38Eaet691Oeyehi TRN*1*38Eaet691Oeyehic**38Eaet691Oeyehic\Rmr*Ik*E | 1,084.59 | | |
| 11/19 | | Instant Pmt From Square on 11/19 Ref#20251119021000021P1Brjpc06060027463 | 682.84 | | |
| 11/19 | | Purchase authorized on 11/18 Amazon Mktpl*B03N2 Amzn.Com/Bill WA S345322523450258 Card 4260 | | 73.30 | |
| 11/19 | | Zelle to Carter Sparkle on 11/19 Ref # Wfct0Zhrqnzs | | 150.00 | 2,123.61 |
| 11/20 | | Beehub Inc Payout 38Ef006922Pd53D TRN*1*38Ef006922Pd53Df**38Ef006922Pd53Df\Rmr*Ik*E | 992.26 | | |
| 11/20 | | Instant Pmt From Square on 11/20 Ref#20251120021000021P1Brjpc06040016123 | 788.92 | | |
| 11/20 | | Purchase authorized on 11/16 Walmart.Com 800-925-6278 AR S355320570950917 Card 4260 | | 56.80 | |
| 11/20 | | Purchase authorized on 11/18 Easy Ice 999-9999999 MI S465322505488487 Card 9044 | | 283.52 | |
| 11/20 | | Purchase authorized on 11/19 Amazon Mktpl*B04Un Amzn.Com/Bill WA S465323507599981 Card 4260 | | 127.98 | |
| 11/20 | | Purchase authorized on 11/19 Chefstore 8107 Farmers Branc TX S385323683194033 Card 3477 | | 673.06 | |
| 11/20 | | Zelle to Carter Sparkle on 11/20 Ref # Wfct0Zhvwsyf | | 60.00 | |
| 11/20 | | Zelle to Richards Monette on 11/20 Ref # Wfct0Zhvz3Qw Payroll | | 1,065.58 | |
| 11/20 | | Zelle to Stawski Tina on 11/20 Ref # Wfct0Zhwxhzg | | 300.00 | 1,337.85 |
| 11/21 | | Beehub Inc Payout 38Ebxy692Gzrcsm TRN*1*38Ebxy692Gzrcsmu**38Ebxy692Gzrcsmu\Rmr*Ik*E | 756.18 | | |
| 11/21 | | Instant Pmt From Square on 11/21 Ref#20251121021000021P1Brjpc06040029641 | 590.59 | | |
| 11/21 | | Purchase authorized on 11/20 Wal-Mart #2086 Plano TX S385324671203180 Card 3477 | | 88.51 | |
| 11/21 | | Purchase authorized on 11/20 Wal-Mart #0263 Frisco TX S355324824308357 Card 3477 | | 36.63 | 2,559.48 |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 11/24 | | Instant Pmt From Square on 11/22 Ref#20251122021000021P1Brjpc04200013835 | 200.07 | | |
| 11/24 | | ATM Cash Deposit on 11/22 12066 Fm 423 Frisco TX 0008288 ATM ID 9940L Card 3477 | 20.00 | | |
| 11/24 | | Instant Pmt From Square on 11/22 Ref#20251122021000021P1Brjpc05370018037 | 339.09 | | |
| 11/24 | | Instant Pmt From Square on 11/23 Ref#20251123021000021P1Brjpc07940007529 | 164.07 | | |
| 11/24 | | Beehub Inc Payout 38Eabk693Nuyqxb TRN*1*38Eabk693Nuyqxb1**38Eabk693Nuyqxb1\Rmr*Ik*E | 8,896.35 | | |
| 11/24 | | Wire Trans Svc Charge - Sequence: 251124148020 Srf# Ow00006339485256 Trn#251124148020 Rfb# Ow00006339485256 | | 25.00 | |
| 11/24 | | Purchase authorized on 11/21 Allsup 102040 Lake Dallas TX S345325604143461 Card 3477 | | 63.74 | |
| 11/24 | | Purchase authorized on 11/21 Restaurant Depot Lewisville TX S345325631716492 Card 3477 | | 293.45 | |
| 11/24 | | Purchase authorized on 11/21 Restaurant Depot Lewisville TX S465325637102286 Card 3477 | | 14.51 | |
| 11/24 | | Purchase authorized on 11/21 Wal-Mart #2086 Plano TX S385325664796624 Card 3477 | | 143.45 | |
| 11/24 | | Purchase authorized on 11/21 Uber *Eats Help.Uber.Com CA S465325672812946 Card 4260 | | 87.26 | |
| 11/24 | | Purchase authorized on 11/21 WM Supercenter #20 Plano TX S345325690074954 Card 3477 | | 37.75 | |
| 11/24 | | Purchase authorized on 11/21 The Home Depot #05 Plano TX S465325784825806 Card 3477 | | 51.04 | |
| 11/24 | | Purchase authorized on 11/21 Uber *Eats Help.Uber.Com CA S355325817990091 Card 4260 | | 24.69 | |
| 11/24 | | Purchase authorized on 11/22 Wild Fork Foods - Frisco TX S465326573775363 Card 3477 | | 330.47 | |
| 11/24 | | Purchase authorized on 11/22 Sp Stampmymark Stampmymark.C NM S385326585604304 Card 4260 | | 188.96 | |
| 11/24 | | Purchase authorized on 11/22 Walmart.Com 8009256278 Bentonville AR P000000250852938 Card 4260 | | 56.04 | |
| 11/24 | | Cash eWithdrawal IN Branch 11/22/2025 08:28 Am 5936 W Park Blvd Plano TX 3477 | | 450.00 | |
| 11/24 | | Purchase authorized on 11/22 Chefstore 8107 Farmers Branc TX S585326618894005 Card 3477 | | 434.00 | |
| 11/24 | | Purchase authorized on 11/22 Chefstore 8107 Farmers Branc TX S355326619587714 Card 3477 | | 65.08 | |
| 11/24 | | Purchase authorized on 11/22 Restaurant Depot Lewisville TX S465326666621856 Card 3477 | | 202.73 | |
| 11/24 | | Purchase authorized on 11/22 Wal-Mart #5092 Lewisville TX S585326675484162 Card 3477 | | 67.41 | |
| 11/24 | | Purchase authorized on 11/22 Wal-Mart #2086 Plano TX S385326846314443 Card 3477 | | 46.37 | |
| 11/24 | | Purchase authorized on 11/22 Total Wine and Mor Plano TX S385327005226513 Card 3477 | | 169.46 | |
| 11/24 | | Recurring Payment authorized on 11/22 Hp *All- IN Plan 888-447-0148 CA S355327011342834 Card 3477 | | 24.88 | |
| 11/24 | | Purchase authorized on 11/23 Dfw Airport Parkin Dfw Airport TX S355327310782865 Card 4260 | | 3.00 | |
| 11/24 | | Purchase authorized on 11/23 H-E-B #802 Frisco TX S345327582705736 Card 3477 | | 98.92 | |
| 11/24 | | Purchase authorized on 11/23 Chefstore 8107 Farmers Branc TX S465327609784680 Card 3477 | | 240.00 | |
| 11/24 | | Zelle to Chef G Creations on 11/24 Ref # Wfct0Zjb8Q64 | | 1,000.00 | |
| 11/24 | | WT Fed#01R01 First Internationa /Ftr/Bnf=Fingercheck Srf# Ow00006339485256 Trn#251124148020 Rfb# Ow00006339485256 | | 5,748.08 | |
| 11/24 | | Zelle to Lewis Cheri on 11/24 Ref # Wfct0Zjc3Kdk Payroll | | 961.54 | 1,351.23 |
| 11/25 | | Purchase authorized on 11/24 Auto-Chlor Service 888-833-6181 LA S465328768095355 Card 3477 | | 557.43 | 793.80 |

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/26 | | Beehub Inc Payout 38Eez4694Gfsxjs TRN*1*38Eez4694Gfsxjs6**38Eez4694Gfsxjs6\Rmr*Ik*E | 1,583.43 | | |
| 11/26 | | Money Transfer authorized on 11/24 Apple Cash Balance 1Infiniteloop CA S385329003248763 Card 4260 | | 50.00 | |
| 11/26 | | Purchase authorized on 11/26 Shell Service Station Little Elm TX P305330513129518 Card 3477 | | 42.64 | 2,284.59 |
| 11/28 | | Beehub Inc Payout 38Eez4694Uq8F16 TRN*1*38Eez4694Uq8F16H**38Eez4694Uq8F16H\Rmr*Ik*E | 2,396.55 | | |
| 11/28 | | Beehub Inc Payout 38Eez969590N0B5 TRN*1*38Eez969590N0B5G**38Eez969590N0B5G\Rmr*Ik*E | 2,753.60 | | |
| 11/28 | | Purchase authorized on 11/26 Walmart.Com 800-925-6278 AR S355330528841938 Card 4260 | | 95.74 | |
| 11/28 | | Purchase authorized on 11/26 Wal-Mart #3777 Frisco TX S385330539940641 Card 3477 | | 46.39 | |
| 11/28 | | Purchase authorized on 11/26 Walmart.Com 8009256278 Bentonville AR P000000551144588 Card 4260 | | 9.21 | |
| 11/28 | | Purchase authorized on 11/26 Walmart.Com 8009256278 Bentonville AR P000000551144588 Card 4260 | | 29.79 | |
| 11/28 | | Purchase authorized on 11/26 Walmart.Com 800-925-6278 AR S305330586127204 Card 4260 | | 47.22 | |
| 11/28 | | Purchase authorized on 11/26 Walmart.Com 800-925-6278 AR S465330618140224 Card 4260 | | 12.75 | |
| 11/28 | | Purchase authorized on 11/26 Walmart.Com 800-925-6278 AR S465330618140224 Card 4260 | | 40.23 | |
| 11/28 | | Purchase authorized on 11/26 Chefstore 8107 Farmers Branc TX S585330655266141 Card 3477 | | 369.78 | |
| 11/28 | | Purchase authorized on 11/26 Wal-Mart #2105 Dallas TX S465330676937421 Card 3477 | | 72.11 | |
| 11/28 | | Purchase authorized on 11/26 Restaurant Depot Lewisville TX S465330779698100 Card 3477 | | 282.43 | |
| 11/28 | | Purchase authorized on 11/26 Wal-Mart #5092 Lewisville TX S355330794437970 Card 3477 | | 10.95 | |
| 11/28 | | Purchase authorized on 11/26 Albertsons #419 Corinth TX P000000956552991 Card 4260 | | 82.39 | |
| 11/28 | | Purchase authorized on 11/27 H-E-B #802 Frisco TX P305331558583995 Card 4260 | | 179.64 | |
| 11/28 | | Recurring Payment authorized on 11/27 WWW.Spothopperapp. WWW.Spothoppe WI S385331560293643 Card 4260 | | 585.23 | |
| 11/28 | | Purchase authorized on 11/27 Uber Technologies, Inc Wilmington DE P000000087375070 Card 4260 | | 23.23 | |
| 11/28 | | Purchase authorized on 11/27 Uber Technologies, Inc Wilmington DE P000000587275621 Card 4260 | | 39.15 | |
| 11/28 | | Zelle to Moran Samantha Rodo on 11/28 Ref # Wfct0Zjpvlpm Payroll 11.25 | | 1,395.19 | |
| 11/28 | | Zelle to Mora Emily on 11/28 Ref # Wfct0Zjpwh7G Payroll 11.25 | | 934.99 | |
| 11/28 | | Zelle to Lopez Nativio David on 11/28 Ref # Wfct0Zjpxbfl Payroll 11.25 | | 749.87 | |
| 11/28 | | Zelle to Sanchez Leydy on 11/28 Ref # Wfct0Zjq3W4R Payroll | | 1,179.46 | |
| 11/28 | | Zelle to Chef G Creations on 11/28 Ref # Wfct0Zjq4Qff | | 1,000.00 | |
| 11/28 | < | Business to Business ACH Debit - Peppr POS 4159527086 251126 Uthern Gourmet Kitchen | | 54.37 | 194.62 |
| **Totals** | | | **$76,890.29** | **$76,833.04** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*



## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 127 | 11/7 | 5,000.00 | 2095 | 11/3 | 462.50 | 2129 * | 11/12 | 1,474.41 |
| 2068 * | 11/17 | 805.63 | 2122 * | 11/12 | 771.33 | 2130 | 11/14 | 2,500.00 |
| 2069 | 11/17 | 1,157.61 | 2124 * | 11/12 | 1,091.80 | 2135 * | 11/17 | 267.60 |
| 2079 * | 11/17 | 580.78 | 2125 | 11/12 | 551.89 | 2137 * | 11/18 | 185.16 |
| 2094 * | 11/3 | 1,401.22 | 2126 | 11/12 | 418.92 | | | |

*\* Gap in check sequence.*

## Items returned unpaid

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 11/3 | Check Reference # 00017026008384522101 | | | 550.78 |
| 11/5 | Webfile Tax Pymt DD 902/80863889 33311/12345/EDI/Xml - | Reference # | 021000025458742 | 3,341.75 |
| 11/19 | Check Reference # 00007611008683877303 | | | 1,065.58 |
| 11/19 | Check Reference # 00007253008683901960 | | | 1,055.53 |
| 11/19 | Check Reference # 00007253008683902331 | | | 1,243.38 |
| 11/26 | Webfile Tax Pymt DD 902/81108346 33311/12345/EDI/Xml - | Reference # | 021000029096726 | 3,637.13 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $2,883.00 ☑ |
| • Minimum daily balance | $500.00 | $194.62 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,000 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 67 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.