# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

## In re:

## SOUTHERN GOURMET KITCHEN, LLC., Debtor

## Case No. 25-41761
## Chapter 11 V

REPORT OF SUBSTANTIAL CONFIRMATION
(11 U.S.C. §1101(2))

The Reorganized Debtor files this Report of Substantial Confirmation and states:

1. On December 1, 2025, the Court entered its Order Confirming the Chapter 11 Plan of Reorganization.
2. The Plan became effective on December 31,2025.

Under 11 U.S.C. §1101(2), a plan is substantially consummated when:
(A) all or substantially all property proposed by the plan to be transferred has been transferred;
(B) the debtor has assumed management of the property; and
(C) distributions have commenced.

3. There were no property transfers required by the Plan.
4. The Reorganized Debtor has assumed management of all business operations.
5. Distributions to creditors were commenced on January 5,2026.

This Report is filed to establish substantial consummation and permit final decree.

Respectfully submitted,
SOUTHERN GOURMET KITCHEN, LLC.
By:_____
Sparkle Carter, Managing Member